IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SUSA NASA,

    Plaintiff,

    v.

ARAMARK FOOD SERVICES, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-2746-TWT

## ORDER

This is a pro se prisoner civil rights action by a prolific frivolous filer. It is before the Court on the Report and Recommendation [Doc. 26] recommending that the Defendants' Motion to Dismiss [Doc. 16 & 22] be granted. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 16 & 22] is GRANTED.

SO ORDERED, this 23 day of July, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge